**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

No. 98-60780

---

TURNBULL METAL PRODUCTS, INC.,

Petitioners,

VERSUS

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION;
ALEXIS M. HERMAN, Secretary of Labor,

Respondents.

---

Appeal from the Occupational Safety
& Health Review Commission
(96-1463)

---

November 8, 1999

Before DAVIS, JONES and MAGILL[1], Circuit Judges.

PER CURIAM:[**]

Our review of the record persuades us that the ALJ's rejection of Turnbull's defense of infeasibility is supported by substantial evidence. The order appealed from is therefore

AFFIRMED.

---

[1]Circuit Judge of the Eighth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.